UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :
v.                                :   Crim. No.: 10-cr-174 (EGS)
                                  :
                                  :   **FILED**
LIM YONG NAM (a/k/a "Steven Lim)  :   APR 27 2017
                                  :
Defendant.                        :   Clerk, U.S. District & Bankruptcy
                                  :   Courts for the District of Columbia
                                  :

*FORTHWITH*

**ORDER OF JUDICIAL REMOVAL** *UPON COMPLETION OF THE SENTENCE*

Upon the application of the United States of America, by Ari Redbord, Assistant United States Attorney, District for the District of Columbia; upon the Factual Allegations in Support of Judicial Removal; upon the consent of LIM YONG NAM ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Singapore and a citizen of Singapore.

3. The defendant was paroled into the United States at Manassas, Virginia on or about April 1, 2016.

4. The defendant has now been convicted in the United States District Court for the District of Columbia, of Conspiracy to Defraud the United States by Dishonest Means, in violation of Title 18 U.S.C. § 371.

5. The maximum term of imprisonment for a violation of 18 U.S.C. § 371 is five (5) years of imprisonment.

6. The defendant is subject to removal from the United States pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an alien who, at the time of application for admission, was not in possession of a valid immigrant visa reentry permit, border crossing identification card, or other valid entry document required by the INA; and Section 212(a)(2)(A)(i)(I) of the INA, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Singapore after serving the sentence imposed by this Court.

Dated: 4/27/17
Washington, D.C.

THE HONORABLE
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DEFENDANT: LIM YONG NAM aka STEVEN LIM
CASE NUMBER: CR 10-174-05 (EGS)
DISTRICT: District of Columbia

# STATEMENT OF REASONS
(Not for Public Disclosure)

*Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony and Class A misdemeanor cases.*

I. **COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

   A. ☑ The court adopts the presentence investigation report without change.

   B. ☐ The court adopts the presentence investigation report with the following changes. *(Use Section VIII if necessary)*
   *(Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report.)*

   1. ☐ **Chapter Two** of the United States Sentencing Commission <u>Guidelines Manual</u> determinations by court: *(briefly summarize the changes, including changes to base offense level, or specific offense characteristics)*

   2. ☐ **Chapter Three** of the United States Sentencing Commission <u>Guidelines Manual</u> determinations by court: *(briefly summarize the changes, including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility)*

   3. ☐ **Chapter Four** of the United States Sentencing Commission <u>Guidelines Manual</u> determinations by court: *(briefly summarize the changes, including changes to criminal history category or scores, career offender status, or criminal livelihood determinations)*

   4. ☐ **Additional Comments or Findings**: *(include comments or factual findings concerning any information in the presentence report, including information that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions; any other rulings on disputed portions of the presentence investigation report; identification of those portions of the report in dispute but for which a court determination is unnecessary because the matter will not affect sentencing or the court will not consider it)*

   C. ☐ The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.
   Applicable Sentencing Guideline: *(if more than one guideline applies, list the guideline producing the highest offense level)* _____

II. **COURT FINDING ON MANDATORY MINIMUM SENTENCE** *(Check all that apply)*

   A. ☐ One or more counts of conviction carry a mandatory minimum term of imprisonment and the sentence imposed is at or above the applicable mandatory minimum term.

   B. ☐ One or more counts of conviction carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum term does not apply based on:

   ☐ findings of fact in this case: *(Specify)*

   ☐ substantial assistance (18 U.S.C. § 3553(e))
   ☐ the statutory safety valve (18 U.S.C. § 3553(f))

   C. ☑ No count of conviction carries a mandatory minimum sentence.

III. **COURT DETERMINATION OF GUIDELINE RANGE:** *(BEFORE DEPARTURES OR VARIANCES)*

   Total Offense Level: __23__
   Criminal History Category: __I__
   Guideline Range: *(after application of §5G1.1 and §5G1.2)* __46__ to __57__ months
   Supervised Release Range: __1__ to __3__ years
   Fine Range: $ __N/A__ to $ _____

   ☐ Fine waived or below the guideline range because of inability to pay.